IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SAMUEL PETER MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 3:20CV501–HEH |
| | ) |
| UNKNOWN, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Petitioner, a Virginia inmate proceeding *pro se*, submitted a letter. (ECF No. 1.) Given the content of this document, the Court found it was appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

By Memorandum Order entered on July 22, 2020, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition. The Court warned Petitioner that the failure to comply with the terms of the July 22, 2020 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) days have elapsed and Petitioner has not completed and returned the standardized form for filing a § 2254 petition or otherwise responded to the

2

July 22, 2020 Memorandum Order. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate Order shall accompany this Memorandum Opinion

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　HENRY E. HUDSON
Date: Aug. 26, 2020　　　SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia